IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01055-WYD-CBS

JOSEPH F. HATALA and
JOHN HATALA, individually and as heirs at law of JOSEPH V. HATALA, decesased,,

    Plaintiff,

v.

MERCK & COMPANY, INC., a New Jersey corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Joint Motion to Stay Pre-Trial Proceedings Pending Transfer (filed June 28, 2005, *doc no. 7*) is **GRANTED**. The hearing set for July 15, 2005 and the scheduling conference set for September 29, 2005 are **VACATED**. It is further

    **ORDERED** that parties are to submit a status report, either jointly or individually, no later than **September 12, 2005**.

**DATED:**    July 14, 2005